■ In the Matter of the Liquidation of MIDLAND INSURANCE COMPANY. JOHN BUIVIDAS et al., Appellants; SUPERINTENDENT OF INSURANCE, as Liquidator of Midland Insurance Company, Respondent.—Order, Supreme Court, New York County (Beverly Cohen, J.), entered on or about March 26, 1990, unanimously affirmed for the reasons stated by Beverly Cohen, J., without costs. No opinion. Concur—Murphy, P. J., Wallach, Kupferman and Asch, JJ. *[See,* 147 Misc 2d 78.]

■ MICHELE LAUNDERS et al., Appellants-Respondents, v JOEL STEINBERG et al., Respondents, and JEAN LIEBRADER, Respondent-Appellant.—Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on or about October 16, 1989, unanimously affirmed, for the reasons stated by Eugene Nardelli, J., without costs. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Ross and Smith, JJ.

■ HEBREW HOME FOR THE AGED AT RIVERDALE, FAIRFIELD DIVISION, Respondent, v CENTRAL LAUNDRY SERVICE CORP., Also Known as APPROVED LINEN SUPPLY, and Another, Appellant.—Order, Supreme Court, Bronx County (Barry Salman, J.), entered on January 29, 1990, unanimously affirmed for the reasons stated by Barry Salman, J., with costs. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin and Smith, JJ.